```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  Michael J. Carroll (St. Bar #50246)
    3030 Bridgeway, Suite 121
 3  Sausalito, CA 94965
    Telephone: (415) 729-9006
 4  Fax: (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 10 2212 EMC
    WORKERS, et al.,                     )
12                                       )   NOTICE OF CHANGE
                        Plaintiffs,      )      OF ADDRESS
13                                       )
               vs.                       )
14                                       )
    SUPERHALL MECHANICAL INC., etc.,     )
15                                       )
                        Defendant.       )
16  _____)

17  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

18          Please be advised of the new address of MICHAEL J. CARROLL,

19  ERSKINE & TULLEY, A PROFESSIONAL CORPORATION, effective November 1,

20  2010, as follows:

21          MICHAEL J. CARROLL
            ERSKINE & TULLEY
22          A PROFESSIONAL CORPORATION
            3030 Bridgeway, Suite 121
23          Sausalito, CA 94965
            Telephone:  (415) 729-9006
24          Fax:  (415) 729-9023
            e-mail: mjcarrll@pacbell.net
25

26  Dated:   January 25, 2011       ERSKINE & TULLEY

27                                  By:/s/Michael J. Carroll
                                       Michael J. Carroll
28                                     Attorneys for Plaintiffs
```

NOTICE OF CHANGE OF ADDRESS

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City of Sausalito, County of Marin, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 3030 Bridgeway, Suite 121, Sausalito, CA 94965. On January 25, 2011 I served the within NOTICE OF CHANGE OF ADDRESS on the defendant or opposing counsel in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Rio Vista, addressed as follows:

Superhall Mechanical Inc.
Emmanuel Denchukwu
P. O. Box 5653
Hercules, CA 94547

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2011 at Rio Vista, California.

/s/Diane Andrade
DIANE ANDRADE