United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, *et al.*, | No. C-10-2212 EMC |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| v. | |
| SUPERHALL MECHANICAL, INC., | |
| Defendant. | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED pursuant to the Order Granting Plaintiff's Motion for Default Judgment on 10/6/2011, Judgment is entered in favor of Plaintiff Board of Trustees of the Sheet Metal Workers Pension Trust of Northern California, The Clerk of the Court is directed to close the file in this case. Plaintiffs shall serve a copy of this Judgment upon defendant.

Dated: October 6, 2011                                                       Richard W. Wieking, Clerk

*[signature: Betty Lee]*

By: Betty Lee
Deputy Clerk